# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CHARLES CASTON,

    Plaintiff,

v.

MEDICARE AND MEDICAID DRUG PRESCRIPTION PROGRAM, et al.,

    Defendants.

2:07-cv-00490-LDG-LRL

**ORDER**

    The magistrate judge has issued a report and recommendation that this case be dismissed with prejudice (#2). The court has reviewed the report and recommendation and concludes that the magistrate judge's conclusions are well-taken. Furthermore, plaintiff has not filed objections to the magistrate judge's findings. See 28 U.S.C. § 636(b)(1)(C) (in the absence of any objection to the report and recommendation, the court need not review de novo any factual determination made by the magistrate judge). Accordingly,

    THE COURT HEREBY ADOPTS the magistrate judge's report and recommendation (#2) and ORDERS that the complaint is DISMISSED with prejudice.

    DATED this _19_ day of December, 2008.

_____
Lloyd D. George
United States District Judge